**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                  Case No: 19-12225-BKC-RBR
                                                                        Chapter 13
EDWARD JOSEPH BABIK, JR.

      Debtor.
_____/

## DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES
### [FILED April 12, 2019]

    **COMES NOW** the Debtor, Edward Joseph Babik, Jr., through undersigned counsel, and objects to the Notice of Post Petition Mortgage Fees filed by Quicken Loans, Inc. and in support thereof states as follows:

    1.    On February 20, 2019 the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

    2.    The creditor, Quicken Loans, Inc., is being paid direct and outside of the Debtor's Chapter 13 Plan.  The Debtor is up to date and current on the payments.

    4.    On April 12, 2019, the creditor filed a Notice of Post Petition Mortgage fees, expenses, and charges asserting fees of $500.00 for bankruptcy/proof of claim fees and $150.00 for Plan review fees.

    5.    The fees of $500.00 for bankruptcy/proof of claim fees and $150.00 for Plan review fees is excessive, and unreasonable and should be disallowed and removed from the Debtor's mortgage balance.

    WHEREFORE, the Debtor prays that the Court grants this Objection to the Post Petition fee charges of $500.00 for bankruptcy/proof of claim fees and $150.00 for Plan review fees, and such other and further relief as the Court may deem just and proper.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties listed on the mailing matrix below, in the manner noted therein, this 2nd day of May, 2019.

LF-70 (rev. 12/01/09)

Dated: May 2, 2019

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd., Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Quicken Loans
Ashley.popowitz@mccalla.com, flbkecf@mccalla.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Quicken Loans
662 Woodward Ave.
Detroit, MI 48226

Melbalynn Fisher, Esq.
McCalla Raymer Leibert Pierce, LLC
110 SE 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

**VIA EMAIL TO:**
Melbalynn Fisher, Esq.
melbalynn.fisher@mccalla.com

LF-70 (rev. 12/01/09)