IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-12225- |
| ) | RBR |
| ) | |
| Edward Joseph Babik, Jr. ) | |
| ) | |
| DEBTOR ) | Chapter 13 |
| ) | |
| ) | Judge: Raymond B. Ray |

## WITHDRAWAL OF NOTICE OF POSTPETITON MORTGAGE FEES, EXPENSES, AND CHANGES

    NOW COMES Quicken Loans Inc., by and through its Attorney McCalla Raymer Leibert Pierce, LLC, and hereby withdraws the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on April 12, 2019.

    Notice of Postpetition Mortgage Fees, Expenses, and Charges Filed Date:  April 12, 2019
    Notice of Postpetition Mortgage Fees, Expenses, and Charges (Doc) related to Claim Number:  Claim #5

    This 15th day of May, 2019

    */s/Melbalynn  Fisher*
    Attorney for Movant
    McCalla Raymer Leibert Pierce, LLC
    110 S.E. 6th Street, Suite 2400
    Ft. Lauderdale, FL 33301
    Phone: 954-526-5846
    Fax: 954-526-5846
    melbalynn.fisher@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-12225-RBR |
|  | Chapter: 13 |
| Edward Joseph Babik, Jr. | Judge: Raymond B. Ray |

CERTIFICATE OF SERVICE

I, Melbalynn Fisher, of McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Edward Joseph Babik, Jr.
5940 NE 15 Ter.
Fort Lauderdale, FL 33334

Michael H. Johnson                     *(served via ECF Notification)*
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309

Robin R Weiner, Trustee                *(served via ECF Notification)*
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee               *(served via ECF Notification)*
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/15/2019      By:   */s/Melbalynn Fisher*
               (date)               Melbalynn Fisher
                                    Florida BAR No. 107698
                                    Attorney for Quicken Loans Inc.