## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:  Case No: 19-12225-BKC-RBR
Chapter 13

EDWARD JOSEPH BABIK, JR.

    Debtor.
_____/

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 20

Debtor, EDWARD JOSEPH BABIK, JR., by and through his undersigned attorney, respectfully withdraws Document No. 20 filed on May 2, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing were served upon all interested parties listed on the attached service list, in the manner noted therein, on May 16, 2019

Dated: May 16, 2019

Law Offices of Michael H. Johnson, P.A.
Attorneys for Debtor(s)
3601 W. Commercial Blvd.
Suite 31
Ft. Lauderdale, FL  33309
(954) 535-1131
(954) 641-7750 fax

By: /s/  Michael H. Johnson
    Michael H. Johnson, Esq.
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Quicken Loans
Ashley.popowitz@mccalla.com,

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Quicken Loans
662 Woodward Ave.
Detroit, MI 48226

Melbalynn Fisher, Esq.
McCalla Raymer Leibert Pierce, LLC
110 SE 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

**VIA EMAIL TO:**
Melbalynn Fisher, Esq.
melbalynn.fisher@mccalla.com