| Fill in this information to identify the case: |
|---|
| Debtor 1   Edward Joseph Babik, Jr. |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:  SOUTHERN         District of   FLORIDA<br>                                                                                                          (State) |
| Case number   19-12225-RBR |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Quicken Loans Inc.        **Court claim no. (if known)**        5

**Last four digits** of any number you        XXXXXX9543
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
❋ No
☐ Yes.  Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 3/19/2019, | (5) | $ 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review; | 2/27/2019, | (11) | $ 150.00 |
| 12. | Other.  Specify: _____ | | (12) | $ |
| 13. | Other.  Specify: _____ | | (13) | $ |
| 14. | Other.  Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Edward Joseph Babik, Jr. | | Case number (*if known*) | 19-12225-RBR |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❄ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

    X  /s/Melbalynn  Fisher                  Date  4/12/2019
       Signature

| | | | | |
|---|---|---|---|---|
| Print: | Melbalynn | Fisher | Title | Bankruptcy Attorney |
| | First Name   Middle Name | Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC, attorney for Quicken Loans Inc. | | | |
| Address | 110 S.E. 6th Street, Suite 2400 | | | |
| | Number   Street | | | |
| | Ft. Lauderdale | FL | 33301 | |
| | City | State | ZIP Code | |
| Contact phone | 954-526-5846 | Email | melbalynn.fisher@mccalla.com | |

***If the Debtor and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation.  If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In re:**

Edward Joseph Babik, Jr.

**Case No.** 19-12225-RBR
**Chapter** 13

**JUDGE:** RAYMOND B. RAY

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees: $500.00

  | 03/19/2019 | Preparation and Filing of Proof of Claim | $500.00 |

- Other: $150.00

  | 02/27/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:  
    Edward Joseph Babik, Jr.

Bankruptcy Case No.: 19-12225-RBR  
Chapter: 13  
Judge: Raymond B. Ray

## CERTIFICATE OF SERVICE

I, Melbalynn Fisher, of McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Edward Joseph Babik, Jr.  
5940 Northeast 15 Ter.  
Fort Lauderdale, FL 33334

Michael H. Johnson                  *(served via ECF Notification)*  
3601 West Commercial Boulevard #31  
Ft. Lauderdale, FL 33309

Robin R Weiner, Trustee              *(served via ECF Notification)*  
POB 559007  
Fort Lauderdale, FL 33355

Office of the US Trustee               *(served via ECF Notification)*  
51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4/12/2019    By:    */s/Melbalynn Fisher*  
         (date)                Melbalynn Fisher  
                                        Florida BAR No. 107698  
                                        Attorney for Quicken Loans Inc.